(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Davis, Juliette M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>344-██-████ | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1322 S. Wabash Avenue**<br>**Unit B**<br>**Chicago, IL 60605** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [ ] Chapter 11 | [x] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other _____ | | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [x] Consumer/Non-Business | [ ] Business | [x] Full Filing Fee attached |
| | | [ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/21/2004
Time: 13:19:30
Debtor: JULIETTE M DAVIS
Case: 04-27053    Fee: 194
Chapter: 13    Rec. #: 3091694
Judge: Carol Doyle
341 mtg: 08/16/2004 @ 02:00PM
ConfHrg: 09/09/2004 @ 11:00AM
Trustee: MARILYN MARSHALL

1:04BK27053-BK001

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Davis, Juliette M.

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Juliette M. Davis*
Signature of Debtor **Juliette M. Davis**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 14, 2004**
Date

**Signature of Attorney**

X *Raymond Gunn*
Signature of Attorney for Debtor(s)
**Raymond F. Gunn  3126648**
Printed Name of Attorney for Debtor(s)
**Ankamah & Gunn, PC**
Firm Name
**200 S. Wacker Drive
Suite 3100
Chicago, IL 60606**
Address
**(773) 744-1023  Fax: (773) 568-3112**
Telephone Number
**July 14, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *Raymond Gunn*  **July 14, 2004**
Signature of Attorney for Debtor(s)   Date
**Raymond F. Gunn  3126648**

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

In re   Juliette M. Davis                                              Case No. _____
                          Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Loft apartment condominium<br>1322 S. Wabash Avenue<br>Unit B<br>Chicago, IL 60605 | Fee simple | - | 280,000.00 | 178,173.37 |

|  |  | Sub-Total > | 280,000.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | 280,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property       (Report also on Summary of Schedules)

In re  Juliette M. Davis ,  Case No. _____
                Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 322000B1<br><br>Filmworks Loft Condominium Assoc.<br>c/o B&W Management Group, Inc.<br>430 N. Michigan Avenue, 6th Floor<br>Chicago, IL 60611 | | - | 2004<br>Judgment Lien<br>Loft apartment condominium<br>1322 S. Wabash Avenue<br>Unit B<br>Chicago, IL 60605<br>Value $ 280,000.00 | | | X | 6,856.08 | 6,856.08 |
| Account No. 03 CH 02252<br><br>LaSalle Bank, N.A.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Rd. #100<br>Burr Ridge, IL 60527 | | - | Fall 1999<br>Second Mortgage<br>Loft apartment condominium<br>1322 S. Wabash Avenue<br>Unit B<br>Chicago, IL 60605<br>Value $ 280,000.00 | | | | 52,314.35 | 52,314.35 |
| Account No. 37474<br><br>ShoreBank<br>7936 S. Cottage Grove<br>Chicago, IL 60619 | | - | 11/18/98<br>First Mortgage<br>Loft apartment condominium<br>1322 S. Wabash Avenue<br>Unit B<br>Chicago, IL 60605<br>Value $ 280,000.00 | | | | 119,002.94 | 0.00 |
| Account No. | | | Value $ | | | | | |

0  continuation sheets attached

Subtotal (Total of this page): 178,173.37

Total (Report on Summary of Schedules): 178,173.37

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   Juliette M. Davis                                                          ,   Case No. _____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Juliette M. Davis**, Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2801200517596089<br>Prodigy Communications, L.P.<br>c/o D&B Receivable Mgmt Services<br>305 Fellowship Rd., Suite 100<br>Mount Laurel, NJ 08054 | - | | Telephone service | | | | 49.35 |
| Account No. 200234-0<br>Providian Bank<br>c/o Lindquist & Trudeau, Inc.<br>111 West Port Plaza, Suite #816<br>Saint Louis, MO 63146 | - | | 2004<br>Credit card purchases | | X | X | 2,511.08 |
| Account No. 818717<br>Rush Presbyterian<br>c/o Harvard Collection Serv., Inc.,<br>4839 N. Elston Avenue<br>Chicago, IL 60630-2534 | - | | 05-05-00<br>Medical expenses | | | | 32.37 |
| Account No. 54265421003<br>Rush University Medical Center<br>c/o MRSI<br>2200 East Devon Avenue, Suite 288<br>Des Plaines, IL 60018-4519 | - | | Medical expenses | | | | 77.87 |
| Account No. 312-786-9156 888 1<br>SBC<br>Bill Payment Center<br>Chicago, IL 60663-0001 | - | | 2004<br>Telephone service | | | | 112.92 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,783.59**

In re  Juliette M. Davis,
       Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. A35211444409301000000<br><br>AT&T<br>c/o NCO Financial Systems Inc.<br>P.O. Box 41457<br>Philadelphia, PA 19101-1457 | - | | 2004<br>Telephone service | | | | 67.18 |
| Account No. 1110000000007849249<br><br>Bank One<br>c/o National Action Financial Serv.<br>P.O. Box 9027<br>Williamsville, NY 14231-9027 | - | | bank charges | | | | 920.03 |
| Account No. 1300000001064197401<br><br>Carson Pirie Scott<br>P.O. Box 17633<br>Baltimore, MD 21297-1633 | - | | 2004<br>Revolving charge | | | | 1,309.29 |
| Account No. 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<br><br>Granite State Management &<br>Resource<br>P.O. Box 2062<br>Concord, NH 03302-2062 | - | | 1993 - 2000<br>Student loans | | | | 43,761.64 |

__3__ continuation sheets attached

Subtotal (Total of this page)  46,058.14

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:10945 Best Case Bankruptcy

In re   Juliette M. Davis                                  ,   Case No. _____
                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9388<br><br>M3 Financial Services, Inc.<br>P.O. Box 802089<br>Chicago, IL 60680 | - | | Unknown<br>Medical expenses | | | X | Unknown |
| Account No. 3FR07105<br><br>MCI<br>c/o Encore Receivable Mgmt., Inc.<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | - | | Telephone service | | | | 497.44 |
| Account No. 8502936512<br><br>Midland Credit Management, Inc.<br>Department 8870<br>Los Angeles, CA 90084-8870 | - | | 2004<br>Revolving charge | | | | 1,614.04 |
| Account No. PBC0076486<br><br>Monumental Life Insurance<br>Administrative Office<br>P.O. Box 34310<br>Louisville, KY 40232-4310 | - | | 04/08/2004<br>Insurance | | | | 23.26 |
| Account No. 6-5000-3155-1742<br><br>Peoples Gas<br>Chicago, IL 60687-0001 | - | | 2004<br>Utility Service | | | | 2,169.73 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   4,304.47

In re **Juliette M. Davis**, Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 942438830<br><br>Travelers Remittance Center<br>One Tower Square<br>Hartford, CT 06183-1001 | - | | 03/04<br>Insurance | | | | 100.58 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 100.58

Total (Report on Summary of Schedules): 53,246.78

In re   Juliette M. Davis                                   ,   Case No. _____
                             Debtor

## SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

__0__ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Juliette M. Davis**
                                  Debtor

Case No. _____

Chapter _____**13**_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date___**July 14, 2004**___          Signature _____*(signed)*_____
                                        Juliette M. Davis
                                        Debtor

Peoples Gas
Chicago, IL 60687-0001


Prodigy Communications, L.P.
c/o D&B Receivable Mgmt Services
305 Fellowship Rd., Suite 100
Mount Laurel, NJ 08054


Providian Bank
c/o Lindquist & Trudeau, Inc.
111 West Port Plaza, Suite #816
Saint Louis, MO 63146


Rush Presbyterian
c/o Harvard Collection Serv., Inc.,
4839 N. Elston Avenue
Chicago, IL 60630-2534


Rush University Medical Center
c/o MRSI
2200 East Devon Avenue, Suite 288
Des Plaines, IL 60018-4519


SBC
Bill Payment Center
Chicago, IL 60663-0001


ShoreBank
7936 S. Cottage Grove
Chicago, IL 60619


Travelers Remittance Center
One Tower Square
Hartford, CT 06183-1001

AT&T
c/o NCO Financial Systems Inc.
P.O. Box 41457
Philadelphia, PA 19101-1457


Bank One
c/o National Action Financial Serv.
P.O. Box 9027
Williamsville, NY 14231-9027


Carson Pirie Scott
P.O. Box 17633
Baltimore, MD 21297-1633


Filmworks Loft Condominium Assoc.
c/o B&W Management Group, Inc.
430 N. Michigan Avenue, 6th Floor
Chicago, IL 60611


Granite State Management & Resource
P.O. Box 2062
Concord, NH 03302-2062


LaSalle Bank, N.A.
c/o Codilis & Associates, P.C.
15W030 North Frontage Rd. #100
Burr Ridge, IL 60527


M3 Financial Services, Inc.
P.O. Box 802089
Chicago, IL 60680


MCI
c/o Encore Receivable Mgmt., Inc.
P.O. Box 3330
Olathe, KS 66063-3330


Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870


Monumental Life Insurance
Administrative Office
P.O. Box 34310
Louisville, KY 40232-4310

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  Juliette M. Davis

Debtor(s)

Case No. _____
Chapter  13

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $     1,000.00
   Prior to the filing of this statement I have received .................................. $     1,000.00
   Balance Due ............................................................................................... $         0.00

2. The source of the compensation paid to me was:
   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  July 14, 2004

*/s/ Raymond F. Gunn*
Raymond F. Gunn 3126648
Ankamah & Gunn, PC
200 S. Wacker Drive
Suite 3100
Chicago, IL 60606
(773) 744-1023   Fax: (773) 568-3112