IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Juliette M | Case Number:  04 B 27053 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/15/08 | Filed:  7/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  November 1, 2007
Confirmed:  October 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 36,781.35 | |
| Secured: | | 26,260.02 |
| Unsecured: | | 4,078.57 |
| Priority: | | 0.00 |
| Administrative: | | 4,562.50 |
| Trustee Fee: | | 1,876.86 |
| Other Funds: | | 3.40 |
| Totals: | 36,781.35 | 36,781.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Paul M Bach | Administrative | 4,562.50 | 4,562.50 |
| 2. | ShoreBank | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 7,287.50 | 6,267.91 |
| 5. | Filmworks Lofts Condominium Association | Secured | 8,796.89 | 8,796.89 |
| 6. | ShoreBank | Secured | 11,195.22 | 11,195.22 |
| 7. | NHHEAF | Unsecured | 36,833.27 | 3,819.90 |
| 8. | Specialized Management Consultants | Unsecured | 1,121.35 | 116.30 |
| 9. | Jefferson Capital | Unsecured | 1,214.55 | 125.95 |
| 10. | Filmworks Lofts Condominium Association | Unsecured | 0.37 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 3,284.48 | 0.00 |
| 12. | Taurus Emergency | Unsecured | 189.08 | 16.42 |
| 13. | MCI | Unsecured | | No Claim Filed |
| 14. | M3 Financial Services | Unsecured | | No Claim Filed |
| 15. | Monumental Life Insurance | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Prodigy Communications | Unsecured | | No Claim Filed |
| 18. | Bank One | Unsecured | | No Claim Filed |
| 19. | Rush University | Unsecured | | No Claim Filed |
| 20. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | Travelers | Unsecured | | No Claim Filed |
| 23. | Providian | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 74,485.21 | $ 34,901.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Davis, Juliette M

Printed: 4/15/08

Case Number: 04 B 27053
Judge: Wedoff, Eugene R
Filed: 7/21/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 455.61 |
| 4% | 168.01 |
| 3% | 125.99 |
| 5.5% | 693.01 |
| 5% | 228.32 |
| 4.8% | 168.30 |
| 5.4% | 37.62 |
|  | _____ |
|  | $ 1,876.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

